# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 15-00029 |
| Plaintiff, | |
| vs. | **ORDER** |
| FRANKLIN R. BABAUTA, | |
| Defendant. | |

Before the court is the parties' Joint Motion to Continue Trial. *See* ECF No. 142. Said motion is hereby **DENIED**. The court will move forward with jury selection as currently scheduled for February 10, 2016. The court instructs the United States to continue its efforts in looking for lodging for its off-island government witnesses.[1] Once the jury selection concludes and the government is still unable to find lodging for its witnesses, then the court may reconsider the motion to continue the trial.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
 Chief Judge
 Dated: Feb 05, 2016

---

[1] The United States may want to consider other lodging alternatives such as condominium rentals.